United States Courts
Southern District of Texas
FILED

*July 22, 2025*

Nathan Ochsner, Clerk of Court

74

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-25-1623** |
| | § | |
| **MISSAEL NICOLAS GARCIA** | § | |
| **also known as Missael Nicolas Rodriguez** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about June 25, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MISSAEL NICOLAS GARCIA**
**also known as Missael Nicolas Rodriguez**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with J.D.G, United States Border Patrol Agent, United States Department of Homeland Security, while said agent was engaged in or on account of the performance of his official duties, said offense involved physical contact with J.D.G.

In violation of Title 18, United States Code, Section 111(a)(1).

FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY