United States District Court
Southern District of Texas
**ENTERED**
November 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:25-CR-1623 |
| | § | |
| MISSAEL NICOLAS GARCIA | § | |

### ORDER RESETTING RE-ARRAIGNMENT HEARING

IT IS HEREBY ORDERED that this matter (previously set for November 14, 2025) is hereby reset for re-arraignment hearing on November 21, 2025, at 10:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED November 16, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge